IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NITZA SCARBRO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:15-cv-01023 |
| ) | Judge Trauger / Frensley |
| NANCY A. BERRYHILL, ) | |
| **Acting Commissioner of the Social Security** ) | |
| **Administration,** ) | |
| ) | |
| Defendant. ) | |

## ORDER and REPORT AND RECOMMENDATION

This matter is before the Court upon Defendant's second Partial Motion to Dismiss.[1] Docket No. 45. Plaintiff has contemporaneously filed a Response in Opposition to that Motion and a Motion to Amend her Amended Complaint. Docket No. 62. Plaintiff attached her proposed second Amended Complaint to her filing. Docket No. 62-1. Plaintiff asserts, "Since Plaintiff's Second Amended Complaint amends, corrects and restates Plaintiff's averments and causes of action against Defendant, Defendant's Motion to Partially Dismiss should be DENIED as moot." Docket No. 62, p. 1.

Plaintiff's Motion to Amend her Amended Complaint is hereby GRANTED, and Plaintiff's second Amended Complaint will be admitted and serve as the operative Complaint in this matter.

---

[1] Defendant's first Partial Motion to Dismiss was mooted by the filing of Plaintiff's first Amended Complaint. *See* Docket No. 43. Apparently in anticipation of the undersigned allowing Plaintiff's second Amended Complaint to be admitted, thereby mooting Defendant's second Partial Motion to Dismiss (Docket No. 45), Defendant has filed a third Partial Motion to Dismiss (Docket No. 63), which the undersigned will address in a separate Report and Recommendation.

The Clerk is directed to file the second Amended Complaint attached to Docket No. 62 (currently docketed as Docket No. 62-1).

In light of the undersigned's granting Plaintiff's Motion to Amend her Amended Complaint, the undersigned recommends that Defendant's second Partial Motion to Dismiss (Docket No. 45) be DENIED AS MOOT. As has been noted, Defendant has filed a third Partial Motion to Dismiss which addresses the claims in Plaintiff's second Amended Complaint and which remains pending before this Court, and which the undersigned will address in a separate Report and Recommendation.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge