# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NITZA SCARBRO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-01023 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On July 26, 2017, the magistrate judge issued a Report and Recommendation (Docket No. 66), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendant's second Partial Motion to Dismiss (Docket No. 45) is DENIED as moot.

It is so **ORDERED**.

ENTER this 14th day of August 2017.

_____
ALETA A. TRAUGER
U.S. District Judge