# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NITZA SCARBRO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-01023 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On December 5, 2017, the magistrate judge issued a Report and Recommendation (Docket No. 73), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendant's Motion to Dismiss (Docket No. 63) is GRANTED as to Count I, and all claims as to gender discrimination are DISMISSED with prejudice, and DENIED as to Count II (hostile work environment) and Count IV (sexual harassment).

This case is returned to the magistrate judge for further handling under the original referral order.

It is so **ORDERED**.

ENTER this 21st day of December 2017.

_____
ALETA A. TRAUGER
U.S. District Judge